# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEENA HANNONEN; AGNES BRADSHAW,<br><br>         Plaintiffs,<br><br> v.<br><br>MARK MCCLOSKEY, *et al.*,<br><br>         Defendants. | Case No. 24-cv-2408-BAS-BLM<br><br>**ORDER FOR PLAINTIFF AGNES BRADSHAW TO FILE IFP APPLICATION OR PAY FEE** |

  Pending before the Court is Plaintiff Leena Hannonen's motion for leave to appeal in forma pauperis ("IFP"). Under Federal Rule of Appellate Procedure 24, "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." Fed. R. App. P. 24. Plaintiff is self-represented and completed the Ninth Circuit's Form 4: Motion and Affidavit for Permission to Proceed in Forma Pauperis. (ECF No. 36-1.) Plaintiff's motion also included a Notice of Appeal. (ECF No. 36.)

  However, the Court notes that only one Plaintiff who is seeking to appeal completed the application. The Court lacks information as to whether Plaintiff Agnes Bradshaw should be permitted to proceed IFP. "Where there are multiple plaintiffs in a single action, the plaintiffs may not proceed in forma pauperis unless all of them demonstrate inability to pay the filing fee." *Tom v. Wells Fargo Bank N.A.*, No. 19-cv-00545-JMS-KJM, 2019 WL 13215306, at *1 (D. Haw. Oct. 31, 2019) (quotation omitted); *see also Anderson v.*

*California*, No. 10-cv-2216-MMA-AJB, 2010 WL 4316996, at *1 (S.D. Cal. Oct. 27, 2010) ("In addition, although only one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed *in forma pauperis*, each plaintiff must qualify for IFP status."). "Thus, each named plaintiff must submit separate applications to proceed as a pauper before a court will grant multiple plaintiffs *in forma pauperis* status in one action." *Remmert v. Newsome*, No. 23-cv-00050-ADA-HBK, 2023 WL 1806277, at *1 (E.D. Cal. Jan. 31, 2023).

Accordingly, the Court **ORDERS** Plaintiff Agnes Bradshaw to file an application to proceed IFP on or before **November 13, 2025**. Otherwise, Plaintiff Agnes Bradshaw will need to pay the filling fee to appeal.

**IT IS SO ORDERED.**

**DATED: October 30, 2025**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**